IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number 3:15cr24/MCR

KANDEL M. WHITING
_____/

## FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

On January 18, 2015, Twitter, Inc. reported to the National Center for Missing and Exploited Children ("NCMEC") that image files, deemed by Twitter personnel through hash value identification as containing child pornography, were detected on a Twitter account. The e-mail address used to log into the illicit account was ifreedom2004@yahoo.com. The screen/username for the account was determined to be "FreedomWhiting," and the IP address used to create the account was 68.225.127.247. NCMEC generated its reports, which were forwarded to the Department of Homeland Security ("DHS") for investigation.

DHS reviewed all documents provided by Twitter, to include account information, an accurate log of IPs for the requested timeframe, and tweets for the requested timeframe, as well as tweets posted prior and after the requested timeframe. The following account information was provided:

```
Account ID:  151500301
Created at:  2010-06-03    15:01:15 +0000
Updated at:  2014-08-28    04:13:09 +0000
```

FILED IN OPEN COURT THIS

5-28-2015

CLERK, U. S. DISTRICT
COURT, NORTH. DIST. FLA.

    Email: ifreedom2004@yahoo.com
    Created via: Web
    Screen Name: FreedomWhiting
    Creation IP: 68.225.127.247
    Time Zone: Mountain Time (US & Canada)

On February 13, 2015, DHS served a subpoena upon Cox Communications requesting subscriber information for IP address 68.225.127.247 during the time frame the aforementioned Twitter account was established. Cox Communications responded to the subpoena and identified the subscriber as Clark, Partington, Hart, Larry, Bond & Stackhouse, xxx West Romana Street, Pensacola, Florida. Further investigation revealed that Kandel Whiting (a/k/a "Freedom Whiting") was employed with Clark, Partington, Hart, Larry, Bond & Stackhouse from on or about the second quarter of 2007 thru the second quarter of 2010.

DHS conducted a query of the Florida Department of Highway Safety and Motor Vehicles Driver and Vehicle Information Database (DAVID) for the name "Freedom Whiting," Pensacola, Florida, which was negative. DHS conducted another search for the name "FNU Whiting," Pensacola, FL. The query resulted in the following result.

    Kandel Markie WHITING
    xxxx E. Hatton Street
    Pensacola, FL 32503
    DOB: xx/xx/1980
    SS#: XXX-XX-2972

A review by DHS of all of the tweets posted to/from the aforementioned account for the timeframe of 01/18/2015 revealed the following:

    Id: 556819671765487618

Id_st:   556819671765487618
**Text:   "hi mark"**
Sender Id:   2982889426
Sender_id_str:   2982889426
Recipient_id:   151500301
Recipient_id_str:   151500301
Created_at:   Sun Jan 18 14:25:29 +0000 2015.

Id:   556819815131021312
Id_st:   556819815131021312
**Text:   "Hey, Thanks for the follow"**
Sender Id:   151500301
Sender_id_str:   151500301
Recipient_id:   2982889426
Recipient_id_str:   2982889426
Created_at:   Sun Jan 18 14:26:03 +0000 2015.

Id:   556820307898826754
Id_st:   556820307898826754
**Text:   "You are welcome.   Do you like sexy children?""**
Sender Id:   2982889426
Sender_id_str:   2982889426
Recipient_id:   151500301
Recipient_id_str:   151500301
Created_at:   Sun Jan 18 14:28:01 +0000 2015.

Id:   556820492636917760
Id_st:   556820492636917760
**Text:   "Yes! But just girls though."**
Sender Id:   151500301
Sender_id_str:   151500301
Recipient_id:   2982889426
Recipient_id_str:   2982889426
Created_at:   Sun Jan 18 14:28:45 +0000 2015.

Id:   556820720672468993
Id_st:   556820720672468993
**Text:   "do you have pics to trade?   https://t.co/OPKZV1tWzr"**
Sender Id:   2982889426
Sender_id_str:   2982889426
Recipient_id:   151500301
Recipient_id_str:   151500301
Created_at:   Sun Jan 18 14:29:39 +0000 2015.

(Contained an image depicting a prepubescent female wearing a yellow dress. The prepubescent female is kneeling on a blue couch, facing away from the camera, holding the back of her dress up, displaying her naked buttocks and vagina)

Id: 556821054233280512
Id_st: 556821054233280512
**Text: https://t.co/eFIzGt16u7**
Sender Id: 151500301
Sender_id_str: 151500301
Recipient_id: 2982889426
Recipient_id_str: 2982889426
Created_at: Sun Jan 18 14:30:59 +0000 2015.

(Contained an image depicting a prepubescent female naked sitting between the legs of a naked adult male, cupping his erect penis with her small hands. The erect penis appears to be in the process of ejaculating)

Id: 556821368806076416
Id_st: 556821368806076416
**Text: "https://t.co/LohBOWQpgp"**
Sender Id: 2982889426
Sender_id_str: 2982889426
Recipient_id: 151500301
Recipient_id_str: 151500301
Created_at: Sun Jan 18 14:32:14 +0000 2015.

(Contained an image depicting a prepubescent female naked straddling an adult naked male. The prepubescent female is squeezing the adult males erect penis with her hand. It appears that the adult male had just ejaculated)

Id: 556822024581287937
Id_st: 556822024581287937
**Text: https://t.co/eDy4tbRU7r**
Sender Id: 151500301
Sender_id_str: 151500301
Recipient_id: 2982889426
Recipient_id_str: 2982889426
Created_at: Sun Jan 18 14:34:50 +0000 2015.

(Contained an image depicting a prepubescent female engaged in oral sex with an adult male. The girl appears to be naked, kneeling in between the naked adult male's legs as she cups her hands around his erect penis and engages in oral sex)

Id: 556822156504760320
Id_st: 556822156504760320
**Text: "https://t.co/dV9JA7ij4O"**

4

Sender Id:   2982889426
Sender_id_str:   2982889426
Recipient_id:   151500301
Recipient_id_str:   151500301
Created_at:   Sun Jan 18 14:35:22 +0000 2015.
(Contained an image depicting two prepubescent females, one naked and the other wearing a pink stripped nightshirt, both of whom are squeezing a naked adult male's erect penis)

Id:   556823987909836801
Id_st:   556823987909836801
**Text:   So hot!**
Sender Id:   151500301
Sender_id_str:   151500301
Recipient_id:   2982889426
Recipient_id_str:   2982889426
Created_at:   Sun Jan 18 14:42:38 +0000 2015.

Id:   556824559106916354
Id_st:   556824559106916354
**Text:   "thanks lol got more to trade"**
Sender Id:   2982889426
Sender_id_str:   2982889426
Recipient_id:   151500301
Recipient_id_str:   151500301
Created_at:   Sun Jan 18 14:44:54 +0000 2015.

Id:   556824970324869120
Id_st:   556824970324869120
**Text:   https://t.co/FZRcnoo1QH**
Sender Id:   151500301
Sender_id_str:   151500301
Recipient_id:   2982889426
Recipient_id_str:   2982889426
Created_at:   Sun Jan 18 14:46:32 +0000 2015.
(Contained an image depicting a prepubescent female with blond hair, lying on a bed with no panties and her legs spread wide open.  The image focuses on the prepubescent female's vagina and anus, which is covered with semen)

Id:   556825253415235584
Id_st:   556825253415235584
**Text:   "https://t.co/RooJQyQpGd"**
Sender Id:   2982889426

5

Sender_id_str:   2982889426
Recipient_id:   151500301
Recipient_id_str:   151500301
Created_at:   Sun Jan 18 14:47:40 +0000 2015.

(Contained an image depicting a toddler lying on her back with her legs spread apart displaying her vagina, which appears to have semen all over it.  An adult male's hand is seen spreading the anus area apart for the photograph)

Id:   556826031982931968
Id_st:   556826031982931968
**Text:   https://t.co/dFGzXgr8hg**
Sender Id:   151500301
Sender_id_str:   151500301
Recipient_id:   2982889426
Recipient_id_str:   2982889426
Created_at:   Sun Jan 18 14:50:46 +0000 2015.

(Contained an image depicting a prepubescent female with red hair performing oral sex on an adult male.  The adult male has blue gym shorts on that he has just pulled down in the front allowing his erect penis to be accessed by the child)

Id:   556826590236381184
Id_st:   556826590236381184
**Text:   "https://t.co/uXSk3WZYj8"**
Sender Id:   2982889426
Sender_id_str:   2982889426
Recipient_id:   151500301
Recipient_id_str:   151500301
Created_at:   Sun Jan 18 14:52:59 +0000 2015.

(Contained an image depicting a prepubescent female performing oral sex on an adult male.  The small child has blond hair and blue eyes and is staring into the camera as she sucks on the erect penis)

Id:   556827779967512576
Id_st:   556827779967512576
**Text:   https://t.co/ad8A9w00FN**
Sender Id:   151500301
Sender_id_str:   151500301
Recipient_id:   2982889426
Recipient_id_str:   2982889426
Created_at:   Sun Jan 18 14:57:42 +0000 2015.

(Contained an image depicting a prepubescent female lying on her back on a bed with only a t-shirt on.  The prepubescent female has her legs spread apart while an adult male penetrates her vagina.  The adult male is naked, and appears to be holding the

prepubescent female's arms and hands down as he penetrates her vaginally)

    Id:   556828032892407808
    Id_st:   556828032892407808
    **Text:   "https://t.co/J9cVtFvegR"**
    Sender Id:   2982889426
    Sender_id_str:   2982889426
    Recipient_id:   151500301
    Recipient_id_str:   151500301
    Created_at:   Sun Jan 18 14:58:43 +0000 2015.

(Contained an image of an adult African American male wearing a Troy Aikman football jersey holding an infant female in one hand as if he has a football in his hand and is dodging another player. The adult male's face has been cropped out of the picture. There is also a prepubescent male standing in the background)

On February 13, 2015, DHS served a subpoena upon Cox Communications, requesting subscriber information for IP address 98.162.162.93 for the time frame of 01/17/2015 until 01/19/2015. This date range encompasses the timeframe the aforementioned images of child pornography were tweeted from, and received into, the instant Twitter account. Cox Communications responded to the subpoena and identified the subscriber as Victoria Whiting, xxxx E. Hatton Street, Pensacola, Florida. DHS conducted surveillance of the residence located at xxxx E. Hatton Street, Pensacola, Florida. At the time of the surveillance, Kandel Markie Whiting was placing a trash can out on the curb for pickup.

A federal search warrant was issued for the defendant's residence. Said warrant was executed on March 24, 2015. Three occupants were present, including Kandel Whiting. The defendant was advised of his *Miranda* rights, but he initially denied his involvement with child pornography. However, agents on scene conducted a quick review of his seized cellular telephone and located the illicit material within his Kik

7

application. When confronted with this discovery, the defendant conceded his trading of child pornography online and confessed that he had utilized Twitter for same.

A forensic review of the defendant's digital media revealed child pornographic images and videos on the defendant's cellular telephone and other digital devices. The analysis revealed numerous images/videos, some of which involved bondage and small children. Because the images/videos are embedded in Kik/Twitter, it proves the defendant distributed and received them back and forth with others. This receipt and distribution by the defendant via Twitter and Kik implicated interstate commerce and began as early as October 2014, as evidenced by forensic analysis.

### Elements of the Offense

It's a Federal crime to knowingly receive or distribute any child pornography that has been [transported][shipped][mailed] in interstate or foreign commerce, including by computer. The Defendant can be found guilty of these crimes only if all the following facts are proved beyond a reasonable doubt:

1. the Defendant knowingly received or distributed an item or items of child pornography;

2. the item[s] of child pornography had been [transported][shipped][mailed] in interstate or foreign commerce, including by computer; and

3. when the Defendant received or distributed the item[s], the Defendant believed the item[s] were child pornography.

                                              PAMELA C. MARSH
                                              United States Attorney

| | |
|---|---|
| /s/ Randall S. Lockhart | /s/ David L. Goldberg |
| RANDALL S. LOCKHART | DAVID L. GOLDBERG |
| Attorney for Defendant | Assistant U.S. Attorney |
| Michigan Bar No. P58597 | Northern District of Florida |
| 3 W. Garden Street, Suite 200 | Member of the Maryland Bar |
| Pensacola, Florida 32502 | 21 East Garden Street, Suite 400 |
| (850) 432-1418 | Pensacola, Florida 32502 |
| | (850) 444-4000 |
| 5-26-15 | 5/28/15 |
| Date | Date |

/s/ K. Whiting
KANDEL M. WHITING
Defendant

5-26-15
Date